IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| REV. EDWARD ALLAN BUCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLEN RAND MYERS, et al.,<br><br>　　　　　Defendants. | ORDER<br><br><br><br>Case No. 2:05-CV-876 TC |

　　　　This matter is before the court on numerous motions to dismiss the complaint of Plaintiff Reverend Edward Allan Buck. The matter was referred to United States Magistrate Judge Brooke Wells. On July 26, 2006, Judge Wells issued a Report and Recommendation (R&R) in which she recommended dismissal of Plaintiff's complaint with prejudice for multiple reasons. Plaintiff filed an objection to the R&R. Responses to the objection were also filed.

　　　　The court has conducted a de novo review of the issues and finds that Judge Wells' conclusion was correct. Accordingly, the Report and Recommendation is adopted as the order of the court. Plaintiff Buck's complaint is DISMISSED WITH PREJUDICE.

　　　　SO ORDERED this 28th day of September, 2006.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Tena Campbell*

　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　United States District Judge