FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JAN 14 2010

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REV. EDWARD ALLAN BUCK, Plaintiff, | ORDER |
| vs. | |
| ALLEN RAND MYERS, et al., Defendants, | Case No. 2:05-CV-00876 |

Before the court is Plaintiff Rev. Edward Allan Buck's Motion to Proceed. On September 5, 2007, in accordance with the *Younger* abstention doctrine and the Order of the Tenth Circuit, *see Buck v. Myers*, 244 Fed.Appx. 193, 198 (10th Cir. 2007), the Court stayed this federal action pending the outcome of Plaintiff's state action. In a separate motion filed by the defendants, the court is informed that on April 9, 2009, the Utah Supreme Court denied certiorari review of the Utah Court of Appeals' decision to affirm Mr. Buck's state court conviction. With the state proceedings completed, this court's jurisdiction is revived; therefore, plaintiff's motion to proceed is granted and the stay in this case is lifted.

In his motion to proceed the plaintiff also requests this court order a special grand jury and independent prosecutor. Based on the arguments presented, however, this court does not have authority to grant such relief.

IT IS SO ORDERED.

January 13, 2010

BY THE COURT

*[signature: Dee Benson]*

Dee Benson
United States District Court Judge