FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
AUG - 6 2010
BY D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| REV. EDWARD ALLAN BUCK, Plaintiff, | ORDER ADOPTING REPORT & RECOMMENDATION |
| vs. | |
| ALLEN RAND MYERS, et al., Defendants. | Case No. 2:05-cv-876 |

Before the court is the Report and Recommendation issued on July 20, 2010 by United States Magistrate Judge David Nuffer, recommending that the Defendants' motion for summary judgment be granted. The Plaintiff filed an objection on July 28, 2010. The Defendants filed a response in support of the Magistrate Judge's Report and Recommendation on July 30, 2010. The court, having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation and the parties' written arguments, concludes that oral argument is not necessary and enters the following order.

To begin, the court overrules the Plaintiff's objection to the Report and Recommendation because it does not make specific objections to the Magistrate Judge's findings and recommendations as required by Federal Rule of Civil Procedure 72(b). In fact, the Plaintiff's written objection in no way addresses the merits of the Report and Recommendation.

Without any proper objections, the court adopts the Report and Recommendation, and GRANTS the Defendants' motions for summary judgment.

It is so ordered.

Dated this 5th day of August, 2010.

BY THE COURT

Dee Benson, Judge
United States District Court